

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| E. WEST LLC : | Case No. 04-31906PM |
| : | Chapter 7 |
| Debtor : | |
| ----------------------------------: | |
| MARYAM SADEGHI : | |
| Movant : | |
| vs. : | |
| : | |
| E. WEST LLC : | |
| GREGORY PAUL JOHNSON, TRUSTEE : | |
| Respondents : | |
| ----------------------------------: | |

## MEMORANDUM OF DECISION

Before the court is a Motion for a Stay of this court's Order, Docket Entry 74, granting relief from the automatic stay of § 362(a) so as to allow litigation pending before the Superior Court of California in Santa Clara County, in the proceeding entitled *In re Marriage of Petitioner Maryam Sadeghi and Respondent Firooz Sadeghi*, Case No. 1-98-FL081381, to proceed with respect to the determination of the ownership of certain real property located at 934 Calle Del Pacifico, Glendale, California, and the validity of the liens against such property. All parties in interest appear to be before the California Court.

This Motion is presented to the Bankruptcy Court in the first instance pursuant to Bankruptcy Rule 8005. The court finds insufficient cause for granting the Motion. The subject property has been sold, and what remains are the claims of the various parties in interest to the proceeds of the sale.

At the bottom of this bankruptcy filing is the Sadeghi marital litigation. The court is advised by Firooz Sadeghi has absconded owing Maryam Sadeghi a substantial sum of money, both for unpaid child support and unpaid marital support. The subject property in Glendale, California, was owned at one time by Firooz Sadeghi, but it alleged that he sought to take this property out of the reach of his wife by transferring his interest to family members and associates and causing the property to be secured by various bogus liens. The filing of the bankruptcy case of E. West LLC could not be more inconvenient for his disabled wife, who appeared in court at the time of the hearing on the motion for reconsideration.

The underlying dispute has no business in this Bankruptcy Court. It is a family dispute, and if Maryam Sadeghi's arguments are to be believed, the other creditors are conspiring to do her in. While it is true that this dispute is distantly related to the bankruptcy case under Chapter 7, the proper venue for this intra-family dispute is in California, the situs of the marriage and the situs of the real property.

This bankruptcy case is a dubious filing at best. There is a single asset of this estate. The creditors appear all to be insiders and the design of the litigation appears to be to remove this property from the reach of Maryam Sadeghi.

An appropriate order will be entered.

cc:
James Greenan, Esq., 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770
United States Trustee, 6305 Ivy Lane, #600, Greenbelt MD 20770
Merrill Cohen, Esq., 7101 Wisconsin Avenue, #1200, Bethesda, MD 20814
Paul Sweeney, Esq., 7200 Wisconsin Avenue, Suite 800, Bethesda, MD 20814
Gregory P. Johnson, Esq., 7237 Hanover Parkway, Suites C&D, Greenbelt, MD 20770
E. West LLC, 983 Hillside Lake Terrace, Gaithersburg, MD 20878
Maryam Sadeghi, c/o Susan L. Benett, 80 North First Street, San Jose, CA 95113
Elizabeth Siaotong/Yolanda Maniquis, 934 Cale Del Pacifico, Glendale, CA 91208

**End of Memorandum**